No. 1,781.—LANGSETH, APPELLANT, *v.* PLYMOUTH GOLD MINING COMPANY, RESPONDENT.

*Appeal from District Court, Lewis & Clarke County.*

On motion to dismiss appeal.

Decided February 24, 1902.

PER CURIAM.—The motion to dismiss this appeal is hereby sustained, and the appeal is dismissed without prejudice.

*Mr. S. A. Balliet,* for Appellant.

----

### No. 1,783.—MANTLE, APPELLANT, *v.* LARGEY, RESPONDENT.

. *Appeal from District Court, Silver Bow County.*

On motion to dismiss appeal.

Decided February 24, 1902.

PER CURIAM.—The motion to dismiss this appeal is hereby sustained and the appeal is dismissed without prejudice.